# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 14, 2025

## NO. 03-23-00804-CR

**Lapear O'Neal Willrich, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 453RD DISTRICT COURT OF HAYS COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS**
**REVERSED AND REMANDED -- OPINION BY JUSTICE KELLY**

This is an appeal from the judgment of conviction entered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the judgment. Therefore, the Court reverses the district court's judgment of conviction and remands the case for a new trial. The State shall pay all costs relating to this appeal, both in this Court and in the court below.